UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24869-RKA

JESUS GONZALEZ

    Plaintiff,

v.

OLD NAVY, LLC,
d/b/a Old Navy Colonial Palms Plaza,
and ORION COLONIAL PLAZA LLC.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Jesus Gonzalez, by and through the undersigned counsel, gives the Court notice that the parties have resolved this matter and are working on the settlement documents. The Parties request that the Court stay all matters and pending deadlines here and grant the Parties 30 days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted on April 1, 2024.

                                                        By: */s/ J. Courtney Cunningham*
                                                        J. Courtney Cunningham, Esq.
                                                        FBN: 628166
                                                        J. COURTNEY CUNNINGHAM, PLLC
                                                        8950 SW 74th Court, Suite 2201
                                                        Miami, Florida 33156
                                                        T:  305-351-2014
                                                        cc@cunninghampllc.com
                                                       legal@cunninghampllc.com

                                                       *Counsel for Plaintiff*

**Gonzalez v. Old Navy**
Case No. 23-cv-24869-RKA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*