UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24869-ALTMAN

**JESUS GONZALEZ**,

    *Plaintiff*,

v.

**OLD NAVY, LLC**, *d/b/a* Old Navy Colonial Palms Plaza, *et al.*,

    *Defendants*.

_____/

## ORDER

The Plaintiff has a filed a Notice of Voluntary Dismissal as to Defendant Old Navy, LLC [ECF No. 40] pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER and ADJUDGE** that the Plaintiffs claims against Old Navy, LLC are **DISMISSED** *with prejudice*. The Clerk shall terminate this Defendant from the case. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on July 1, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record