UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24869-ALTMAN/Sanchez

**JESUS GONZALEZ**,

    *Plaintiff*,

v.

**OLD NAVY, LLC**, *d/b/a* Old Navy Colonial Palms Plaza, *et al.*,

    *Defendants*.

_____/

### ORDER OF DISMISSAL

The Plaintiff has filed a Notice of Voluntary Dismissal as to Defendant Orion Colonial Plaza LLC [ECF No. 47] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED** *with prejudice*. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on August 7, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record